

71        '21

Supreme Court

*John M<sup>c</sup>Donell*
*vs*
*John Scott*

filed in Court Sept 24th 1822
M Dorr Clerk

---

| *John McDonell* | Supreme Court   september term 1822. |
|---|---|
| *vs.* | |
| *John Scott.* | In Error on Certiorari from a Justice's Court. |

And the said John McDonell by Spencer Coleman his attorney comes and says that there is no error, either in the Record or proceedings as returned by the Justice to the writ of certiorari in this cause, or in giving the Judgment below by the said Justice; and he prays that the said Supreme Court may proceed to examine, as well the record and proceedings aforesaid as the matters by the said plaintiff assigned for error, and that the Judgment aforesaid in form as given by the said Justice below may be in all things affirmed &c.        S Coleman   Atty &c